ORVILLE GERHARDT, Respondent, v. HELEN M. NORTON, Defendant, and MARIE H. MAEDER, Appellant.

(Submitted April 13, 1936; decided April 21, 1936.)

*Joseph B. Boyle* for motion.

*Melvin H. Zurett* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements.